LNE
KFD USAO: 2026R00933

USDC- BALTIMORE
'26 NOV 19 PM3:59

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | CRIMINAL NO. BAH-26-415 |
| MARTIN LOUIS JENKINS, | * | FILED UNDER SEAL |
| Defendant. | * | (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances, 21 U.S.C. § 846; Distribution of and Possession with Intent to Distribute Controlled Substances, 21 U.S.C. §§ 841(a)(1) and (b); Possession of a Firearm and Ammunition by a Prohibited Person, 18 U.S.C. § 922(g)(1); Possession of a Firearm in Furtherance of a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i); Aiding and Abetting, 18 U.S.C. § 2; Forfeiture, 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c)) |

****

# INDICTMENT

## COUNT ONE
**(Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland charges that:

From on or about April 2025, to on or about September 19, 2025, in the District of Maryland, the Defendant,

**MARTIN LOUIS JENKINS,**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury to distribute and possess with intent to distribute 280 grams or more

of a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance; and 40 grams or more of a mixture or substance containing a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of 21 U.S.C. § 841.

21 U.S.C. § 846
21 U.S.C. §§ 841(a)(1), (b)(1)(A)(iii), (b)(1)(B)(vi)

## COUNT TWO

**(Distribution of and Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland further charges that:

On or about July 30, 2025, in the District of Maryland, the Defendant,

**MARTIN LOUIS JENKINS,**

did distribute and knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. § 841(a)(1)

## COUNT THREE
**(Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland further charges that:

On or about September 19, 2025, in the District of Maryland, the Defendant,

**MARTIN LOUIS JENKINS,**

did knowingly and intentionally possess with the intent to distribute, in a Honda Odyssey minivan bearing Delaware temporary tag XQ971250, a mixture or substance containing 280 grams or more of a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(iii)

**COUNT FOUR**
**(Possession with Intent to Distribute Controlled Substances)**

The Grand Jury for the District of Maryland further charges that:

On or about September 19, 2025, in the District of Maryland, the Defendant,

**MARTIN LOUIS JENKINS,**

did knowingly and intentionally possess with the intent to distribute, in a Chevrolet Impala bearing Delaware temporary tag XC478305, a mixture or substance containing 40 grams or more of a detectable amount of N-Phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a Schedule II controlled substance, and a mixture or substance containing a detectable amount of cocaine base, a Schedule II controlled substance.

21 U.S.C. §§ 841(a)(1) and (b)(1)(B)(vi)

## COUNT FIVE

**(Possession of a Firearm and Ammunition by a Prohibited Person)**

The Grand Jury for the District of Maryland further charges that:

On or about September 19, 2025, in the District of Maryland, the Defendant,

**MARTIN LOUIS JENKINS,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, to wit, a Taurus 1911 .45 Auto pistol bearing serial number NK066163, and eight (8) rounds of .45 caliber ammunition, and the firearm and ammunition were in and affecting commerce.

18 U.S.C. § 922(g)(1)

## COUNT SIX

**(Possession of a Firearm in Furtherance of a Drug Trafficking Crime)**

The Grand Jury for the District of Maryland further charges that:

On or about September 19, 2025, in the District of Maryland, the Defendant,

**MARTIN LOUIS JENKINS,**

did knowingly possess a firearm, to wit, a Taurus 1911 .45 Auto pistol bearing serial number NK066163, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, that is, Distribution of and Possession with Intent to Distribute Controlled Substances as charged in Count Four of this Indictment, which are incorporated herein by reference.

18 U.S.C. § 924(c)(1)(A)(i)
18 U.S.C. § 2

## FORFEITURE ALLEGATION

The Grand Jury for the District of Maryland further finds that:

1. Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the Defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), 21 U.S.C. § 853, and 28 U.S.C. § 2461(c), in the event of the Defendant's convictions under Counts One through Six of this Indictment.

### Narcotics Forfeiture

2. Upon conviction of the offenses alleged in Counts One through Four of this Indictment, the Defendant,

**MARTIN LOUIS JENKINS,**

shall forfeit to the United States, pursuant to 21 U.S.C. § 853(a):

a. any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses; and

b. any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses.

### Firearm and Ammunition Forfeiture

3. Upon conviction of the offenses alleged in Counts Five or Six of this Indictment, the Defendant,

**MARTIN LOUIS JENKINS,**

shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in such offenses.

**Property Subject to Forfeiture**

4. The property to be forfeited includes, but is not limited to:

a. a Taurus 1911 .45 Auto pistol bearing serial number NK066163;

b. approximately five (5) rounds of Federal .45 Auto ammunition loaded therein;

c. approximately three (3) rounds of Winchester .45 Auto ammunition loaded therein;

d. a Mec-Gar PT1911 .45 Auto firearm magazine marked "Taurus" and "Made in Italy" loaded therein; and

e. approximately $6,044.00 in U.S. currency seized from the Defendant on or about September 19, 2025.

**Substitute Assets**

5. If, as a result of any act or omission of the Defendant, any of the property described above as being subject to forfeiture:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third person;

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property up to the value of the forfeitable property pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c).

18 U.S.C. § 924(d)
21 U.S.C. § 853
28 U.S.C. § 2461(c)

Kelly O. Hayes
United States Attorney

A TRUE BILL:

SIGNATURE RE

Foreperson

11/19/2026

Date